UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| BRUCE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-166-ART |
| | ) | |
| v. | ) | |
| | ) | |
| APPALACHIAN REGIONAL | ) | **JUDGMENT** |
| HEALTHCARE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. **JUDGMENT** is entered in favor of the Defendant, Appalachian Regional Healthcare, Inc., with respect to all claims asserted and not previously dismissed in this action by the Plaintiff, Bruce Smith.

2. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 12th day of February, 2009.



Signed By:
*Amul R. Thapar*
United States District Judge